NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2008-3350

### JULITA V. ESPOSO,

Petitioner,

v.

### OFFICE OF PERSONNEL MANAGEMENT,

Respondent.

Petition for review of the Merit Systems Protection Boar in SF0831080254-I-1.

ON MOTION

Before PROST, Circuit Judge.

ORDER

The Office of Personnel Management moves for a 20-day extension of time, until January 16, 2009, to file its brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

FEB 2 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Julita V. Esposo
    J. Hunter Bennett, Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 02 2009

JAN HORBALY
CLERK